CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 09 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH RUSSELL JUDD, | ) | Civil Action No. 7:11-cv-00258 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE BOARD OF ELECTIONS OF | ) | |
|    VIRGINIA, et al., | ) | By: Hon. James C. Turk |
|    Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **DENIED** leave to proceed in forma pauperis; the complaint is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g); the action is **STRICKEN** from the active docket of the court; and it is **CERTIFIED** that an appeal of this order would not be taken in good faith.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 9th day of June, 2011.

Senior United States District Judge