IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 7 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| KEITH RUSSELL JUDD, | ) |
| | ) Case No. 7:11CV00258 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| | ) |
| STATE BOARD OF ELECTIONS OF | ) By: James C. Turk |
| VIRGINIA, ET AL., | ) Senior United States District Judge |
| | ) |
| Defendant(s). | ) |

The court summarily dismissed this civil action without prejudice because plaintiff, a prisoner, has three strikes" against him under 28 U.S.C. § 1915(g) and did not pay the $350.00 filing fee or establish an exception to the "three strikes" provision. Plaintiff's appeal of that dismissal has also been dismissed. Plaintiff has since brought two frivolous motions, seeking reconsideration of his claims in this action. Because these motions are frivolous and offer no ground upon which this court finds relief to be warranted, it is now **ORDERED** that plaintiff's motions (ECF Nos. 17 & 18) are **DENIED**.

The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

ENTER: This 7th day of February, 2013.

/s/ James C. Turk
Senior United States District Judge